IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL REEVES, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-071 |
| STATE FARM INSURANCE COMPANY and USAA AUTO INSURANCE COMPANY, | * | |
| Defendants. | * | |

ORDER

Before the Court is Plaintiff's motion for entry of default. (Doc. 12.) Plaintiff "request[s] that the clerk of court enter default against defendant Nathan Long of Veterans United." (Id. at 1.) However, neither Nathan Long nor Veterans United are named defendants in the present case. Therefore, Plaintiff's motion for entry of default (Doc. 12) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA